**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Telephone: (619) 762-1910
Facsimile: (858) 313-1850

*Attorneys for Plaintiff*
*and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY PENNING, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING INC.,<br><br>Defendant. | Case No.: 3:26-cv-08257-~~PHK~~ CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE** |

Pursuant to Local Rule 6-1(b), Plaintiff Stacy Penning ("Plaintiff") and Defendant Brookdale Senior Living Inc. ("Defendant") (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff filed this action in the Superior Court of California, Contra Costa County on June 23, 2026 (Dkt. No. 1-2);

WHEREAS, Defendant was served with a Summons and Complaint in this action on July 10, 2026 (*id.*);

WHEREAS, Defendant filed a notice of removal in this Court on August 9, 2026 (Dkt. No. 1);

WHEREAS, on August 13, 2026, the Parties stipulated to continue Defendant's deadline to respond to the Complaint from August 16, 2026, to September 30, 2026 (Dkt. No. 4);

WHEREAS, on September 30, 2026, Defendant filed its Motion to Dismiss Plaintiff's Complaint (Dkt. No. 18), Motion to Declare Plaintiff a Vexatious Litigant (Dkt. No. 19), and an accompanying Request for Judicial Notice in Support of Motion to Declare Plaintiff a Vexatious Litigant (Dkt. No. 20) (collectively, the "Motions");

WHEREAS, pursuant to Local Rule 7-3(a), Plaintiff's response to the Motions is currently due October 14, 2026;

WHEREAS, pursuant to Local Rule 7-3(c), Defendant's reply in further support of the motions is currently due October 21, 2026;

WHEREAS, because there are two motions which need to be briefed and one of the primary attorneys for Plaintiff has been out of the office during the past week, counsel for the Parties have met and conferred and agree that it would promote efficiency and party resources to modify the briefing schedule on the Motions to provide two more weeks for Plaintiff to file the opposition briefs and one additional week for Defendant to file the reply briefs on the Motions;

WHEREAS, the Parties do not seek to modify the already-scheduled hearing date of December 4, 2026, for the Motions; and

WHEREAS, this Stipulation does not alter any existing deadline fixed by the Court.

NOW, THEREFORE, the Parties stipulate and request the Court order as follows:

1. Plaintiff's deadline to respond to the Motions, currently set for October 14, 2026, shall be October 28, 2026;
2. Defendant's deadline to file its reply in support of the Motions, currently set for October 21, 2026, shall be extended to November 11, 2026; and
3. The hearing date for the Motions shall remain as scheduled on December 4, 2026. (by video conference)

**IT IS SO STIPULATED.**

Dated: October 7, 2026

**LYNCH CARPENTER, LLP**

By: */s/ (Eddie) Jae K. Kim*

(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
9171 Towne Centre Dr, Ste 180
San Diego, CA 92122
Telephone: (619) 762-1910

Manfred P. Muecke (SBN: 222893)
mmuecke@manfredapc.com
MANFRED, APC
4225 Executive Square, Suite 600-6051
La Jolla, CA 92037
Telephone: (619) 550-4005

*Attorneys for Plaintiff and Proposed Class Counsel*

Dated: October 7, 2026

**COZEN O'CONNOR**

By: */s/ Erin Bolan Hines*

Erica Rutner (SBN 344880)
Austin A. Feuer (SBN 345288)
Erin Bolan Hines (*admitted pro hac vice* )
COZEN O'CONNOR
388 Market Street, Ste. 1000
San Francisco, CA 94111
Telephone: (415) 644-0914
Facsimile: (415) 644-0978
Email: erutner@cozen.com

*Attorneys for Brookdale Senior Living Inc.*

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: October 7, 2026

**LYNCH CARPENTER, LLP**

By: */s/ (Eddie) Jae K. Kim*

(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 8, 2026

Hon. Hon. Charles R. Breyer
United States District Judge